TUCKER *v.* MOSELEY, executor.

RUSSELL, C. J. The evidence was sufficient to support the verdict. The assignments of error, so far as sufficient to raise any question for decision, show no cause for reversal of the judgment refusing the plaintiff's motion for a new trial.

*Judgment affirmed. All the Justices concur.*
No. 7593. JANUARY 17, 1931.

*W. H. Key* and *A. S. Thurman,* for plaintiff.
*E. R. Lambert* and *W. S. Florence,* for defendant.